DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YIGAL GAZIT,**
Appellant,

v.

**BRANCH BANKING AND TRUST COMPANY, SUCCESSOR BY MERGER TO BANKATLANTIC,**
Appellee.

No. 4D17-319

[February 22, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE15015848.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellant.

Robert M. Coplen, and Elizabeth C. Fitzgerald of Robert M. Coplen, P.A., Largo, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***